UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT LEE KANTARIS**                                                                 **PETITIONER**
Reg. #16762-029

V.                               No. 4:20-CV-01521-BSM-JTR

**DWAYNE HENDRIX,**
Warden, FCI-Forrest City Low                                                   **RESPONDENT**

## ORDER

Robert Lee Kantaris's petition [Doc. No. 1] is dismissed without prejudice because there is no subject matter jurisdiction under 28 U.S.C. section 2241 to consider Kantaris's request for compassionate release. *See* 18 U.S.C. § 3582(c)(1)(A); *Claassen v. Hendrix*, No. 2:20-cv-107-BSM/JTR, 2020 WL 4342606, at *1 (E.D. Ark. June 15, 2020), report and recommendation adopted, No. 2:20-cv-107-BSM, 2020 WL 4342445 (E.D. Ark. July 28, 2020); *see also Smoke v. United States*, No. CIV. 09-2050, 2009 WL 5030770, at *4 (D. Minn. Dec. 14, 2009) (a request for compassionate release must be filed as a motion under 18 U.S.C. § 3582 in the district court that imposed the sentence).

IT IS SO ORDERED this 9th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE